# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

**PATRICK TERRILL and BRENDA PEREZ**

*Plaintiff*

v.

**IKEA NORTH AMERICA SERVICES LLC; IKEA US RETAIL LLC; IKEA PROPERTY, INC.; IKEA HOLDING US INC.; INGKA HOLDING OVERSEAS B.V. AND INGKA HOLDING B.V.**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26-cv-02774

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to IKEA PROPERTY, INC. in Montgomery County, PA on May 1, 2026 at 1:54 pm at 420 Alan Wood Rd, Conshohocken, PA 19428-1141 by leaving the following documents with Nicole Hallahan who as Administrator is authorized by appointment or by law to receive service of process for IKEA PROPERTY, INC..

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
DESIGNATION FORM
CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 280 lbs to 300 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0936292546,-75.3087721923
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Chester County                                    ,

PA        on    5/4/2026                    .

/s/ *Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715



Exhibit 1a)