# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

**PATRICK TERRILL and BRENDA PEREZ**

*Plaintiff*

v.

**IKEA NORTH AMERICA SERVICES LLC; IKEA US RETAIL LLC; IKEA PROPERTY, INC.; IKEA HOLDING US INC.; INGKA HOLDING OVERSEAS B.V. AND INGKA HOLDING B.V.**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26-cv-02774

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to IKEA US RETAIL LLC in Montgomery County, PA on May 1, 2026 at 1:54 pm at 420 Alan Wood Rd, Conshohocken, PA 19428-1141 by leaving the following documents with Nicole Hallahan who as Administrator is authorized by appointment or by law to receive service of process for IKEA US RETAIL LLC.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
DESIGNATION FORM
CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 280 lbs to 300 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0936292546,-75.3087721923
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Chester County                              ,

_PA_      on    5/4/2026              .

/s/ *Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715

