**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK TERRILL and BRENDA PEREZ, individually and on behalf of all others similarly situated, | Civil Action No.: 2:26-cv-02774 |
| Plaintiffs, | |
| v. | |
| IKEA NORTH AMERICA SERVICES LLC, IKEA US RETAIL LLC, IKEA PROPERTY, INC., IKEA HOLDING US INC., INGKA HOLDING OVERSEAS B.V., and INGKA HOLDING B.V., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of 20____, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

_____ GRANTED. The Clerk is DIRECTED to add Laurence D. King, Esquire as counsel for Plaintiffs. Laurence D. King, Esquire is DIRECTED to request ECF filing access using their PACER Account.

_____ DENIED.

_____
                                                                    J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK TERRILL and BRENDA PEREZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

IKEA NORTH AMERICA SERVICES LLC, IKEA US RETAIL LLC, IKEA PROPERTY, INC., IKEA HOLDING US INC., INGKA HOLDING OVERSEAS B.V., and INGKA HOLDING B.V.,

Defendants.

Civil Action No.: 2:26-cv-02774-JS

**JURY TRIAL DEMANDED**

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I.    MOVANT'S STATEMENT

I, Laurence D. King the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiffs. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.    I state that I am currently admitted to practice in the following state jurisdiction(s):

| STATE | ADMISSION DATE | ATTORNEY ID NO. |
|---|---|---|
| California | 4/2000 | 206403 |
| New York | 5/1989 | 2273308 |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| STATE | ADMISSION DATE | ATTORNEY ID NO. |
|---|---|---|
| California, Northern District | 4/2000 | 206403 |
| California, Central District | 9/2000 | 206403 |
| California, Southern District | 2/2003 | 206403 |
| District of Colorado | 4/2023 | 2651393 |
| District of Nebraska | 9/2022 | |
| New York, Eastern District | 6/1994 | 2273308 |
| New York, Southern District | 6/1994 | 2273308 |
| U.S. Court of Appeals, 2d Cir. | 6/2015 | |
| U.S. Court of Appeals, 3d Cir. | 10/2006 | |
| U.S. Court of Appeals, 8th Cir. | 7/2012 | |
| U.S. Court of Appeals, 9th Cir. | 8/2011 | |

C.    I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for Plaintiffs Patrick Terrill and Brenda Perez

Name of Attorney: Laurence D. King

Firm Address: Kaplan Fox & Kilsheimer LLP, 1999 Harrison St., Ste. 1501, Oakland, CA 94612

Telephone Number: (415) 772-4700

Email Address: LKing@kaplanfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11. 2026
        (Date)                                (Movant's signature)

**II.     SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Laurence D. King to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.

| Jonathan Shub | | 12/5/1988 | 53965 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | (Attorney ID Number) |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Shub Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 477-8380
jshub@shublawyers.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 11, 2026</u>                    _____
                    (Date)                                    (Sponsor's signature)

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the motion of Laurence D. King, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court, was filed electronically through this Court's ECF System and is available for viewing and downloading.


_____
(Signature of Attorney)

Jonathan Shub
(Name of Attorney)

Plaintiffs
(Name of Moving Party)

May 11, 2026
(Date)