**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| PATRICK TERRILL and BRENDA PEREZ, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> IKEA NORTH AMERICA SERVICES LLC, et al., <br><br> *Defendants*. | Civil Action No. 2:26-cv-02774-JS |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The undersigned parties stipulate and agree, subject to the approval of the Court under Federal Rule of Civil Procedure 6(b) and Local Rule 7.4(b), that the deadline for Defendants IKEA North America Services, LLC, IKEA U.S. Retail LLC, IKEA Property, Inc., and IKEA Holding U.S., Inc. ("IKEA Defendants") to answer, move, or otherwise respond to the Complaint shall be extended to June 30, 2026.

Dated: May 20, 2026

By: */s/ Jonathan Shub* (with permission)
    Jonathan Shub
    SHUB, JOHNS & HOLBROOK LLP
    Four Tower Bridge
    200 Barr Harbor Drive, Suite 400
    Conshohocken, PA 19428
    T: 610.477.8380
    jshub@shublawyers.com

    Donald R. Hall
    Hae Sung Nam
    Clara Abramson
    Matthew Lindenmuth
    KAPLAN FOX & KILSHEIMER LLP
    Aaron Schwartz (PA Bar No. 319615)

Respectfully Submitted,

By: */s/ Marcel S. Pratt*
    Marcel S. Pratt
    Facundo Bouzat
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    T: 215.665.8500
    F: 215.864.8999
    prattm@ballardspahr.com
    bouzatf@ballardspahr.com

    *Attorneys for IKEA Defendants*

800 Third Avenue, 38th Floor
New York, NY 10022
T: 212-687-1980
DHall@kaplanfox.com
HNam@kaplanfox.com
CAbramson@kaplanfox.com
MLindenmuth@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
T: 415-772-4700
F: 415-772-4707
lking@kaplanfox.com

*Attorneys for Plaintiffs Patrick Terrill
and Brenda Perez*

**IT IS SO ORDERED**

Dated: May 20, 2026

_____
/s/ Juan R. Sánchez

Hon. Juan R. Sánchez, U.S.D.J.

2