**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr>
<td>
PATRICK TERRILL and BRENDA PEREZ, individually and on behalf of all others similarly situated,<br><br>
<i>Plaintiffs</i>,<br><br>
v.<br><br>
IKEA NORTH AMERICA SERVICES LLC, et al.,<br><br>
<i>Defendants</i>.
</td>
<td>
Civil No. 2:26-cv-02774-JS
</td>
</tr>
</table>

## JOINT STIPULATION FOR BRIEFING SCHEDULE

Defendants IKEA North America Services, LLC, IKEA U.S. Retail LLC, IKEA Property, Inc., and IKEA Holding U.S., Inc. ("IKEA Defendants") and Plaintiffs Patrick Terrill and Brenda Perez ("Plaintiffs") (collectively, the "Parties") jointly request that the Court enter a briefing schedule governing the filing of a Consolidated Amended Complaint, subject to court approval, and the IKEA Defendants' forthcoming Motion to Dismiss. Considering Plaintiffs' recently filed unopposed Motion to Consolidate the above-captioned matter with *Matthews v. IKEA North America Services, LLC, et al.*, No. 2:26-cv-03712 (E.D. Pa), and the current posture of the cases, the Parties believe that the filing of a consolidated complaint and the proposed schedule is warranted under Fed. R. Civ. P. 42 in the interest of judicial economy and efficiency. In support, the Parties aver as follows:

1. Plaintiffs filed their Complaint against the IKEA Defendants on April 27, 2026. (ECF No. 1.)

2. Plaintiff in *Matthews v. IKEA North America Services, LLC, et al.*, filed a separate Complaint asserting substantially similar allegations and claims on behalf of the same

class against the IKEA Defendants on May 29, 2026. *See* No. 2:26-cv-03712 (E.D. Pa), ECF No. 1.

3. Both actions allege claims for violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law, unjust enrichment, and money had and received against the same IKEA entities.

4. On June 22, 2026, Plaintiffs filed an unopposed Motion to Consolidate both actions before this Court, which the IKEA Defendants consented to. (ECF No. 29.)

5. On June 22, 2026, counsel for all Parties conferred and agreed that, in light of the consolidation, the filing of a single Consolidated Amended Complaint is appropriate and in the interest of judicial economy, as it will avoid duplicative and potentially inconsistent pleadings and will allow the Court to consider all claims in a single, unified proceeding.

6. Defendants have not yet responded to the Complaints in either action, and no discovery has occurred in either case. The cases are thus at an early stage, and the proposed schedule will not cause any prejudice or undue delay to any party.

7. Accordingly, Parties respectfully propose the following briefing schedule:

   - Plaintiffs' Consolidated Amended Complaint will be due within twenty-one (21) days of the entry of an order granting consolidation.

   - Defendants' Motion to Dismiss will be due within thirty (30) days after the filing of the Consolidated Amended Complaint *or*, if consolidation is denied, within thirty (30) days of such denial.

   - Plaintiffs' Opposition to any Motion to Dismiss will be due within thirty (30) days after Defendants' Motion to Dismiss deadline.

   - Defendants' Reply in Support of any Motion to Dismiss will be due fourteen (14) days after Plaintiffs' Opposition deadline.

8. For the avoidance of doubt, the Parties agree that the IKEA Defendants are relieved

from filing an answer or otherwise responding to the Complaints in *Terrill* and in *Matthews*.

9. The Parties believe the proposed schedule provides sufficient time for Plaintiffs to prepare a consolidated amended complaint that addresses all claims across both actions, and affords Defendants a fair opportunity to respond, while keeping the litigation moving efficiently before this Court.

10. Accordingly, based on the foregoing, the Parties respectfully request that the Court enter the proposed briefing schedule set forth herein.

Dated: June 22, 2026                                           Respectfully Submitted,

By: */s/ Aaron Schwartz*                          By: */s/ Marcel S. Pratt*
    Jonathan Shub                                          Marcel S. Pratt
    SHUB, JOHNS & HOLBROOK LLP                  Facundo Bouzat
    Four Tower Bridge                                    BALLARD SPAHR LLP
    200 Barr Harbor Drive, Suite 400              1735 Market Street, 51st Floor
    Conshohocken, PA 19428                          Philadelphia, PA 19103-7599
    T: 610.477.8380                                        T: 215.665.8500
    jshub@shublawyers.com                          F: 215.864.8999
                                                              prattm@ballardspahr.com
                                                              bouzatf@ballardspahr.com
    Donald R. Hall
    Hae Sung Nam                                       *Attorneys for IKEA Defendants*
    Clara Abramson
    Matthew Lindenmuth
    Aaron Schwartz (PA Bar No. 319615)
    KAPLAN FOX & KILSHEIMER LLP
    800 Third Avenue, 38th Floor
    New York, NY 10022
    T: 212-687-1980
    DHall@kaplanfox.com
    HNam@kaplanfox.com
    CAbramson@kaplanfox.com
    MLindenmuth@kaplanfox.com
    ASchwartz@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
T: 415-772-4700
F: 415-772-4707
lking@kaplanfox.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

Dated: June 26, 2026                    /s/ Juan R. Sánchez
                                        Hon. Juan R. Sánchez, U.S.D.J.