IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK TERRILL and BRENDA PEREZ, individually and on behalf of all others similarly situated, <br><br> v. <br><br> IKEA NORTH AMERICA SERVICES LLC, et al. | CIVIL ACTION No. 26-2774 |
| LISA MATTHEWS, individually and on behalf of all others similarly situated, <br><br> v. <br><br> IKEA NORTH AMERICA SERVICES LLC, et al. | CIVIL ACTION No. 26-3712 |

**ORDER**

AND NOW, this __ day of July, 2026, upon consideration of Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel, and after a teleconference with the parties on July 13, 2026, it is ORDERED the Motion (ECF No. 29 in Civil No. 26-2774; ECF No. 9 in Civil No. 26-3712) is GRANTED as follows:

1.      The following cases are hereby consolidated for all purposes under Civil No. 26-2774 pursuant to Federal Rule of Civil Procedure 42(a): *Terrill v. IKEA North America Services, LLC*, Civil No. 26-2774 (E.D. Pa.), and *Matthews v. IKEA North America Services LLC*, Civil No. 26-3712 (E.D. Pa.) (collectively, the "Consolidated Action").  The Clerk of Court is directed to administratively terminate Civil No. 26-3712.

2.      The case file for the Consolidated Action shall be maintained under Civil No. 26-2774.  All parties are directed to file documents relating to the Consolidated Action only on the docket in Civil No. 26-2774.

3.      Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action and is assigned to the undersigned as a related case to the Consolidated Action under Local Rule of Civil Procedure 40.1(V) shall be consolidated with the Consolidated Action.  When a case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this Court, the parties shall seek to have the case designated as a related action in accordance with the Local Rule, and the Chief Judge shall make whatever order is appropriate.  If the case is determined to be related, the Court shall enter an order consolidating it with the Consolidated Action on the docket in the new case and this Order shall be filed on the docket in the new case.

4.      The Clerk of Court is directed to transfer to the docket of Civil No. 26-2774, in their respective party roles, all parties who appear in Civil No. 26-3712 and in any related case that is consolidated with the Consolidated Action.

5.      Pursuant to Federal Rule of Civil Procedure 23(g), the Court hereby appoints the law firms Kaplan Fox & Kilsheimer LLP and Spector Caldes & Corrigan, PC as Interim Co-Lead Class Counsel for Plaintiffs and the putative class to act on behalf of the Plaintiffs and the class members.

6.      The Court also appoints Shub Johns & Holbrook, LLP and Goldenberg Schneider, LPA as Executive Committee members who shall work on this action as directed by Interim Co-Lead Class Counsel.  This appointment may be modified or reconsidered by the Court as this

litigation progresses, and counsel shall notify the Court in writing if any issues arise that warrant such modification or reconsideration.

7.      This Order shall apply to the above-captioned matters and any actions subsequently consolidated with the above-captioned matters.

8.      Plaintiffs in the Consolidated Action may file an operative, consolidated complaint within twenty-one (21) days of entry of this Order.  IKEA US is relieved from responding to any of the complaints initially filed in the Consolidated Actions.  The parties shall meet and confer about a motion to dismiss briefing schedule and submit a stipulated briefing schedule to the Court.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.