Patrick Terrill, et. al., Plaintiff(s)
vs.
Ikea North America Services LLC, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 173505-0001

## AFFIDAVIT OF SERVICE -- Corporate

KAPLAN, FOX & KILSHEIMER

Ms. Francena Amparo
800 Third Avenue
38th Floor
New York, NY 10022

Service of Process on:
--INGKA Digital US Inc., c/o CT Corporation System
Court Case No. 26-2774

State of: _Pennsylvania_ ) ss.
County of: _Dauphin_ )

**Name of Server:** _Tyler Matisse_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12_ day of _August_ , 20 _26_ , at _2_ o'clock _15_ M

**Place of Service:** at _600 North 2nd Street, Suite 401_ , in _Harrisburg, PA 17101_

**Documents Served:** the undersigned served the documents described as:
**Summons and Consolitared Amended Class Action Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**INGKA Digital US Inc., c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Tina Crisanti via secure lockbox per CT policy_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _12th_ day of _August_ , 20 _26_

Notary Public _(signature)_    (Commission Expires) _October 28, 2026_

Commonwealth of Pennsylvania - Notary Seal
Sean Michael O'Malley, Notary Public
Dauphin County
My commission expires October 28, 2026
Commission number 1296181
Member, Pennsylvania Association of Notaries